# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-13-00154-CV

**Carolyn Barnes, Appellant**

**v.**

**Velocity Credit Union, Appellee**

### FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 277TH JUDICIAL DISTRICT
### NO. 12-1288-C277, HONORABLE KEN ANDERSON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Carolyn Barnes appeals from a final summary judgment that she take nothing on claims she asserted against Velocity Credit Union. After Barnes failed to timely file her brief, the clerk of this Court wrote her at the last known address she has provided this Court, advising that her brief was overdue and that if she did not file a brief or otherwise respond by August 5, 2013, her appeal would be subject to dismissal for want of prosecution. The August 5 deadline has passed, and Barnes has made no response. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a); 42.3(b).

_____

Bob Pemberton, Justice

Before Chief Justice Jones, Justices Pemberton and Field

Dismissed for Want of Prosecution

Filed:   August 30, 2013